# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1327

Rigoberto Soto Jimenez

Appellee

v.

Todd Blanche, Acting Attorney General, et al.

------------------------------

Matthew Isihara

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-00957-LMP)

---

## ORDER

The court hereby denies the motion to dismiss, but grants the alternative motion to appoint an *amicus curiae* to argue in support of the district court's contempt order.  Jeffrey P. Justman is hereby appointed as *amicus curiae*.  The brief of *amicus curiae* shall be due on May 20, 2026.

April 20, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler