

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

May 22, 2026

**By CM/ECF**

Susan E. Bindler, Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
110 South 10th Street
Room 24.329
St. Louis, Missouri 63102

**Re:**   *Soto Jimenez v. Blanche*, No. 26-1327

Dear Ms. Bindler:

We represent Petitioner-Appellee Rigoberto Soto Jimenez in this matter.

We write to advise the Court that, as we stated in our motion to dismiss for lack of jurisdiction (at 15-16), Mr. Soto Jimenez does not take a position on the merits of the appeal and will not be filing a merits brief.

Mr. Soto Jimenez does, however, stand by his arguments regarding this Court's subject-matter jurisdiction and respectfully requests the opportunity to argue jurisdiction if the Court determines oral argument would be helpful to its decisional process.  *Cf.* Fed. R. App. P. 34.

Respectfully submitted,

/s/ Sean Marotta
Sean Marotta

*Counsel for Petitioner-Appellee*

cc: All counsel of record (via CM/ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dublin  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Washington, D.C.  For more information see www.hoganlovells.com.