faegre drinker

faegredrinker.com

**Jeffrey P. Justman**
Partner
jeff.justman@faegredrinker.com
+1 612 766 7133 direct

**Faegre Drinker Biddle & Reath LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
+1 612 766 7000 main
+1 612 766 1600 fax

August 21, 2026

**BY ELECTRONIC FILING**

Susan E. Bindler
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
Room 24.239
111 South 10th Street
St. Louis, MO 63102

Re: *Rigoberto Soto Jimenez v. Matthew Isihara*
No. 26-1327

Dear Ms. Bindler:

I am court-appointed amicus in this case and am writing to provide conflict dates for oral argument. I do not presently have any conflicts with dates on the Court's argument calendar for October or December 2026.

I do wish to make the Court aware of a potential conflict for November 2026. I am appellate counsel for the Appellee in a matter that is fully briefed and set for argument before the U.S. Court of Appeals for the Tenth Circuit, No. 25-1418, *Equiti Capital UK Limited v. The Receivership of Blue Isle Markets Inc. and Blue Isle Markets Ltd* (the "Blue Isle Appeal").

On July 15, 2026, the Tenth Circuit in the Blue Isle Appeal issued an order stating in part that "This matter will be set for argument on the next available calendar" after September 2026; the Tenth Circuit's next available argument calendar is November 16-20, which overlaps with this Court's November argument calendar. It is therefore possible that this case could be set for argument on a date that would conflict with the date when I would be presenting argument (or a date when I would need to travel for argument) in the Blue Isle Appeal.

If the Court sets this case for argument in October 2026, then I would have no conflict with the Blue Isle Appeal. If this case is not set for argument in October 2026, then I will promptly notify this Court if the Blue Isle Appeal is scheduled for argument during the week of November 16-20. In that event, and to prevent a situation where I would potentially have to be presenting two appellate arguments in different places on the same or adjacent dates, I would request argument to be heard after November court week.

I am happy to answer questions if the Court has any.

Very truly yours,

Jeffrey P. Justman

cc: Counsel of record by ECF