Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

August 22, 2026

**By CM/ECF**

Susan E. Bindler, Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
110 South 10th Street
Room 24.329
St. Louis, Missouri 63102

**Re: *Soto Jimenez v. Blanche*, No. 26-1327**

Dear Ms. Bindler:

I represent Petitioner-Appellee Rigoberto Soto Jimenez in this matter and intend to seek leave to argue on his behalf once a time allocation is set by the Court.

I write to advise that I am not available on November 18 or 19, 2026, because of a pre-scheduled hearing in *KM3G Inc. v. California New Motor Vehicle Bd.*, No. 25WM170 (Cal. Super. Ct.). I would therefore appreciate if the Court would not schedule oral argument on those dates.

Thank you in advance for your kind consideration.

Respectfully submitted,

/s/ Sean Marotta
Sean Marotta

*Counsel for Petitioner-Appellee*

cc: All counsel of record (via CM/ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. For more information see www.hoganlovells.com.