faegre drinker

faegredrinker.com

**Jeffrey P. Justman**
Partner
jeff.justman@faegredrinker.com
+1 612 766 7133 direct

**Faegre Drinker Biddle & Reath LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
+1 612 766 7000 main
+1 612 766 1600 fax

September 10, 2026

**BY ELECTRONIC FILING**

Susan E. Bindler
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
Room 24.239
111 South 10th Street
St. Louis, MO 63102

Re: *Rigoberto Soto Jimenez v. Matthew Isihara*
No. 26-1327

Dear Ms. Bindler:

I am court-appointed amicus in this case and am writing to update the Court regarding a conflict with oral argument in another matter.

I wish to make the Court aware that I have a conflict on November 19, 2026, when I am scheduled to present argument before the U.S. Court of Appeals for the Tenth Circuit in No. 25-1418, *Equiti Capital UK Limited v. The Receivership of Blue Isle Markets Inc. and Blue Isle Markets Ltd*. That argument will be in person, in Denver, Colorado.

To allow time for travel to and from Denver, I would respectfully request that the Court not schedule oral argument in this case November 18-20.

Very truly yours,

Jeffrey P. Justman

cc: Counsel of record by ECF